## STATEMENT OF FACTS

Leading up to August 13, 2014, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC") posted an advertisement in a predicated area of an online website which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals that have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "incest" and "active dads." The advertisement included the UC's user ID on another social networking application.

On Thursday, August 13, 2014, at approximately 3:52 p.m., an individual later identified as Joseph R. Rutherford ("defendant") responded to the UC's advertisement by contacting the UC on the social networking application. The defendant asked if the UC had a girlfriend or kid and what he was into. The UC replied that he was into "Incest and young" and asked about the defendant. The defendant replied, "Same and step." The defendant asked again if the UC had a girlfriend or kid. The UC replied that he had an ex and a 9 year-old daughter. The UC said that he did and asked, "How old is yours?", "Location?", "Play?" The defendant replied, "Yes", " Boys and a set of girls range from 2 til 6".

During the course of the conversation the defendant told the UC that he lives in Danville, Virginia. Later, the defendant told the UC that he lives in Dale City but working in D.C.

During the course of the conversation, the defendant sent numerous images to the UC, including approximately eight images depicting child pornography. The images depicting child pornography include the following: three images of different prepubescent females exposing their bare vaginas; an infant lying face down with an adult female spreading the infant's buttocks to expose the anus; an adult using his or her tongue to penetrate the anus of an infant; an adult sucking on the penis of an infant; an adult licking the penis of an infant; an infant male with his legs held up to expose his penis and anus.

During the conversation, the defendant represented that the images of the infant were not downloaded from the Internet. The defendant also represented that he knew the adult in the images, that it was an adult female, and that it was the same female who appeared in several of the other pictures sent by the defendant that did not depict child pornography. To prove his authenticity to the UC, the defendant took a picture using his camera showing a room with brown molding at the top of the white walls by the white ceiling. Multiple pictures sent by the defendant – including an image of the adult female licking the feet of an infant and an image of

the adult female exposing her breasts – show in the background white walls and a white ceiling with wood molding.

      The defendant provided the UC with the telephone number 828-761-1709, and the defendant and the UC exchanged a few text messages using that number. Law enforcement queried databases and determined that the phone number provided by the defendant was owned by Bandwidth, Inc. Law enforcement submitted a verification request to Bandwidth, Inc., who informed law enforcement that the number was registered to the company Pinger, Inc. ("Pinger"). Law enforcement sent a request to Pinger for customer information related to that phone number. Pinger provided law enforcement with the IP address 71.81.4.28, which was captured by Pinger's service on August 13, 2014, at approximately 7:23 p.m. The name associated with the account is "J R" and an email address that includes the name "rutherford." Law enforcement determined that the IP Address was registered to Charter Communications. Law enforcement subpoenaed Charter Communications regarding the IP Address and received information that the subscriber for the IP Address was Joseph R. Rutherford and provided an address for him in North Carolina. Queries to law enforcement databases confirmed the address for the defendant.

      During the course of the conversation, the defendant sent a partial picture of his face to the UC. The UC compared that picture to known pictures of the defendant through law enforcement databases and confirmed it is the same person.

                                                    Detective Timothy Palchak
                                                    Metropolitan Police Department

Sworn and subscribed to me before this _____ day of August, 2014.

                                                    Deborah A. Robinson
                                                  United States Magistrate Judge